UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANTIC PRICE, | ) | Case No. EDCV 08-569 JVS(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| DEBRA DEXTER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: ___October 19, 2011____

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE